**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PASHION WILKINS,** | |
| *Plaintiff,* | |
| v. | **Civil Action No.: 1:24-cv-00335-RBW** |
| **TRANS UNION, LLC,** | |
| *Defendant.* | |

## DEFENDANT TRANS UNION, LLC'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

Trans Union LLC ("TransUnion") files its Answer and Defenses to Plaintiff Pashion Wilkins' ("Plaintiff") Complaint. The paragraph numbers below correspond to the paragraph numbers contained in Plaintiff's Complaint to the extent possible.

### PRELIMINARY STATEMENT

1. Trans Union admits that Plaintiff has asserted claims against Defendants alleging statutory, actual and punitive damages, costs and attorney's fees pursuant to the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, *et seq.* TransUnion denies the remaining allegations contained in paragraph 1 of the Complaint.

### PARTIES TO THE ACTION

2. TransUnion admits that Plaintiff is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

3. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

1

4.      TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Complaint and, therefore, denies same.

5.      TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and, therefore, denies same.

6.      TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and, therefore, denies same.

7.      TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and, therefore, denies same.

8.      TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and, therefore, denies same.

9.      TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and, therefore, denies same.

10.      TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and, therefore, denies same.

11.      TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and, therefore, denies same.

12.      TransUnion admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f) of the FCRA and it disperses consumer credit information for the purpose of furnishing consumer reports to third parties.  TransUnion admits that it sells consumer reports pursuant to contracts and agreements with subscribers.

13.      TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint and, therefore, denies same.

**FACTUAL ALLEGATIONS**

14.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint and, therefore, denies same.

15.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint and, therefore, denies same.

16.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and, therefore, denies same.

17.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint and, therefore, denies same.

18.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and, therefore, denies same.

19.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint and, therefore, denies same.

20.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint and, therefore, denies same.

21.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies same.

22.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies same.

23.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and, therefore, denies same.

24.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Complaint and, therefore, denies same.

25.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint and, therefore, denies same.

26.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint and, therefore, denies same.

27.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint and, therefore, denies same.

28.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint and, therefore, denies same.

29.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint and, therefore, denies same.

30.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint and, therefore, denies same.

31.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint and, therefore, denies same.

32.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, denies same.

33.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint and, therefore, denies same.

34.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint and, therefore, denies same.

35.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint and, therefore, denies same.

36.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint and, therefore, denies same.

37.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint and, therefore, denies same.

38.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint and, therefore, denies same.

39.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint and, therefore, denies same.

40.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint and, therefore, denies same.

41.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint and, therefore, denies same.

42.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint and, therefore, denies same.

43.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint and, therefore, denies same.

44.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint and, therefore, denies same.

45.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint and, therefore, denies same.

46.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint and, therefore, denies same.

47.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint and, therefore, denies same.

48.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint and, therefore, denies same.

49.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint and, therefore, denies same.

50.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint and, therefore, denies same.

51.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint and, therefore, denies same.

52.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint and, therefore, denies same.

53.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint and, therefore, denies same.

54.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint and, therefore, denies same.

55.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint and, therefore, denies same.

56.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint and, therefore, denies same.

57.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint and, therefore, denies same.

58.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Complaint and, therefore, denies same.

59.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the Complaint and, therefore, denies same.

60.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Complaint and, therefore, denies same.

61.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and, therefore, denies same.

62.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the Complaint and, therefore, denies same.

63.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and, therefore, denies same.

64.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint and, therefore, denies same.

65.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint and, therefore, denies same.

66.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint and, therefore, denies same.

67.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint and, therefore, denies same.

68.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint and, therefore, denies same.

69.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint and, therefore, denies same.

70.    Plaintiff's paragraph 70 constitutes a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 70 of the Complaint.  To the extent that paragraph 70 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

71.    TransUnion denies the allegations contained in paragraph 85 of the Complaint.

72.    Plaintiff's paragraph 72 constitutes a legal conclusion.  TransUnion is not required

to admit or deny the legal conclusion contained in paragraph 72 of the Complaint.  To the extent that paragraph 72 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

73.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint and, therefore, denies same.

**COUNT ONE**

74.     TransUnion incorporates its Answers to Plaintiff's paragraphs 1 through 73.

75.     The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. TransUnion denies the allegations contained in paragraph 75 of the Complaint.

76.     Plaintiff's paragraph 76 constitutes a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 76 of the Complaint.  To the extent that paragraph 76 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

77.     Plaintiff's paragraph 77 constitutes a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 77 of the Complaint.  To the extent that paragraph 77 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

78.     Plaintiff's paragraph 78 constitutes a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 78 of the Complaint.  To the extent that paragraph 78 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

79.     Plaintiff's paragraph 79 constitutes a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 79 of the Complaint.  To the extent

that paragraph 79 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

80.     Plaintiff's paragraph 80 contains a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 80 of the Complaint.  TransUnion is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 80 of the Complaint and, therefore, denies same.

81.     Plaintiff's paragraph 81 contains a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 81 of the Complaint.  TransUnion denies the remaining allegations of paragraph 81 of the Complaint.

82.     Plaintiff's paragraph 82 contains a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 82 of the Complaint.  TransUnion denies the remaining allegations of paragraph 82 of the Complaint.

## COUNT TWO

83.     TransUnion incorporates its Answers to Plaintiff's paragraphs 1 through 73.

84.     The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. TransUnion denies the allegations contained in paragraph 84 of the Complaint.

85.     TransUnion denies the allegations contained in paragraph 85 of the Complaint.

86.     TransUnion denies the allegations contained in paragraph 86 of the Complaint.

87.     Because of the vague and generalized nature of the allegations contained in paragraph 87 of the Complaint, TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies same.

88.     TransUnion denies the allegations contained in paragraph 88 of the Complaint.

89.     Plaintiff's paragraph 89 constitutes a legal conclusion.  TransUnion is not required

to admit or deny the legal conclusion contained in paragraph 89 of the Complaint. To the extent that paragraph 89 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

90. The allegations of Plaintiff's paragraph 90 contain a legal conclusion. TransUnion is not required to admit or deny the legal conclusion. To the extent that any allegations in paragraph 90 of the Complaint is not a legal conclusion, TransUnion is without information or knowledge sufficient to form a belief and, therefore, denies same.

91. Plaintiff's paragraph 91 constitutes a legal conclusion. TransUnion is not required to admit or deny the legal conclusion contained in paragraph 91 of the Complaint. To the extent that paragraph 91 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

92. Plaintiff's paragraph 92 constitutes a legal conclusion. TransUnion is not required to admit or deny the legal conclusion contained in paragraph 92 of the Complaint. To the extent that paragraph 92 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

## COUNT THREE

93. TransUnion incorporates its Answers to Plaintiff's paragraphs 1 through 73.

94. The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. TransUnion denies the allegations contained in paragraph 94 of the Complaint.

95. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint and, therefore, denies same.

96. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and, therefore, denies same.

97.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint and, therefore, denies same.

98.     TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint and, therefore, denies same.

## COUNT FOUR

99.     TransUnion incorporates its Answers to Plaintiff's paragraphs 1 through 73.

100.    The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. TransUnion denies the allegations contained in paragraph 100 of the Complaint.

101.    The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. TransUnion denies the allegations contained in paragraph 101 of the Complaint.

102.    TransUnion denies the allegations contained in paragraph 102 of the Complaint.

103.    TransUnion denies the allegations contained in paragraph 103 of the Complaint.

104.    TransUnion denies the allegations contained in paragraph 104 of the Complaint.

105.    TransUnion denies the allegations contained in paragraph 105 of the Complaint.

106.    Plaintiff's paragraph 106 constitutes a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 106 of the Complaint.  To the extent that paragraph 106 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

107.    Plaintiff's paragraph 107 constitutes a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 107 of the Complaint.  To the extent that paragraph 107 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

11

108.    Plaintiff's paragraph 108 constitutes a legal conclusion.  TransUnion is not required to admit or deny the legal conclusion contained in paragraph 108 of the Complaint.  To the extent that paragraph 108 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations.

## COUNT FIVE

109.    TransUnion incorporates its Answers to Plaintiff's paragraphs 1 through 73.

110.    The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. TransUnion denies the allegations contained in paragraph 110 of the Complaint.

111.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the Complaint and, therefore, denies same.

112.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the Complaint and, therefore, denies same.

113.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Complaint and, therefore, denies same.

114.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the Complaint and, therefore, denies same.

115.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Complaint and, therefore, denies same.

116. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the Complaint and, therefore, denies same.

117. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the Complaint and, therefore, denies same.

118. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the Complaint and, therefore, denies same.

119. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint and, therefore, denies same.

120. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint and, therefore, denies same.

121. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Complaint and, therefore, denies same.

**COUNT SIX**

122. TransUnion incorporates its Answers to Plaintiff's paragraphs 1 through 73.

123. TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Complaint and, therefore, denies same.

124. TransUnion is without information or knowledge sufficient to form a belief as to

the truth of the allegations contained in paragraph 124 of the Complaint and, therefore, denies same.

125.    TransUnion is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint and, therefore, denies same.

126.    Because of the vague and generalized nature of the allegations contained in paragraph 126 of the Complaint, TransUnion is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 and, therefore, denies same.

<strong>COUNT SEVEN</strong>

127.    TransUnion incorporates its Answers to Plaintiff's paragraphs 1 through 126.

128.    Plaintiff's paragraph 128 constitutes a legal conclusion. TransUnion is not required to admit or deny the legal conclusion contained in paragraph 128 of the Complaint. To the extent that paragraph 128 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations. Furthermore, because of the vague and generalized nature of the allegations contained in paragraph 128 of the Complaint, TransUnion is without knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, denies same.

129.    Plaintiff's paragraph 129 constitutes a legal conclusion. TransUnion is not required to admit or deny the legal conclusion contained in paragraph 129 of the Complaint. To the extent that paragraph 129 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations. Furthermore, because of the vague and generalized nature of the allegations contained in paragraph 129 of the Complaint, TransUnion is without knowledge or information sufficient to form a belief as to the truth of those allegations

and, therefore, denies same.

130.    Plaintiff's paragraph 130 constitutes a legal conclusion. TransUnion is not required to admit or deny the legal conclusion contained in paragraph 130 of the Complaint. To the extent that paragraph 130 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations. Furthermore, because of the vague and generalized nature of the allegations contained in paragraph 130 of the Complaint, TransUnion is without knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, denies same.

131.    Plaintiff's paragraph 131 constitutes a legal conclusion. TransUnion is not required to admit or deny the legal conclusion contained in paragraph 131 of the Complaint. To the extent that paragraph 131 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations. Furthermore, because of the vague and generalized nature of the allegations contained in paragraph 131 of the Complaint, TransUnion is without knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, denies same.

132.    Plaintiff's paragraph 132 constitutes a legal conclusion. TransUnion is not required to admit or deny the legal conclusion contained in paragraph 132 of the Complaint. To the extent that paragraph 132 of the Complaint contains any allegations that are not legal conclusions, TransUnion denies those remaining allegations. Furthermore, because of the vague and generalized nature of the allegations contained in paragraph 132 of the Complaint, TransUnion is without knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, denies same.

## JURY DEMAND

133.    TransUnion admits that Plaintiff demands a trial by jury.

15

**PRAYER FOR RELIEF**

134.    TransUnion denies the allegations and relief sought in the Prayer for Relief paragraph of the Complaint.

**DEFENSES**

135.    Plaintiff fails to state a claim upon which relief can be granted.

136.    One or more of Plaintiff's claims is preempted by Federal law.

137.    At all relevant times, TransUnion maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

138.    Any alleged damages to Plaintiff, which TransUnion continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom TransUnion has no responsibility.

139.    TransUnion, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

140.    TransUnion at all times acted in compliance with the FCRA.

141.    TransUnion has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

142.    Some or all of Plaintiff's claims against TransUnion are barred by the applicable statute of limitations.

143.    Plaintiff's claims for punitive damages violate the Due Process Clause of the Fourteenth Amendment and the laws of the District of Columbia.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union LLC, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the

action in its entirety, grant TransUnion its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the court deems just.

Dated: February 13, 2024

Respectfully submitted,

/s/ *Karima Tawfik*

Karima Tawfik
D.C. Federal Bar ID: 1562675
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 452-7996
Fax: (202) 452-7989
Email:  karima.tawfik@bipc.com

*Counsel for Defendant Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned further certifies that on this 13th day of February, 2024, a true copy of the

foregoing was served on counsel for plaintiff via the Court's electronic filing system.

/s/ *Karima Tawfik*

Karima Tawfik
D.C. Bar ID: 1562675
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 452-7996
Fax: (202) 452-7989
Email:  karima.tawfik@bipc.com

*Counsel for Defendant Trans Union, LLC*
