**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PASHION WILKINS,                                    *

    Plaintiff,                                        *

v.                                                  *          Civil Action No. 1:24-cv-00335

TRANSUNION, LLC, et al.,
                                                    *
    Defendants.

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S ANSWER AND DEFENSES TO
PLAINTIFF'S COMPLAINT AND JURY DEMAND**

Defendant JPMorgan Chase Bank, N.A. ("Chase"), through its undersigned counsel, hereby files its Answer and Defenses to the Complaint and Jury Demand ("Complaint") of Plaintiff Pashion Wilkins ("Plaintiff"), and further states as follows:

**AS TO "PRELIMINARY STATEMENT"**

1.    Chase admits only that Plaintiff purports to raise causes of action statutory, actual and punitive damages, costs and attorney's fees pursuant to the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, *et seq.* against Defendants. Chase denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other provision of law. Chase is without knowledge or information sufficient to form a belief as to the trust of the allegations regarding the alleged actions of other parties and, as such, the allegations are denied. To the extent any other response is required, denied.

**AS TO "PARTIES TO THIS ACTION"**

2.    Chase admits that Plaintiff is a natural person. The balance of this paragraph constitutes a legal conclusion, which Chase is not required to admit or deny. To the extent a further response is required, Chase denies this paragraph to the extent not admitted.

3.      Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

4.      Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

5.      Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

6.      Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

7.      Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

8.      Chase admits only that it is a financial services firm incorporated under the laws of the state of Delaware. Chase denies the remaining allegations in this paragraph.

9.      Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

10.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

11. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

12. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

13. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

**AS TO "FACTUAL ALLEGATIONS"**

**A. Inaccurate Items on Plaintiff's Credit Reports**

14. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

15. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

16. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

17. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

### i.    Capital One Credit Cards

18.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

19.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

20.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

21.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

22.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

### ii.    I.C. System's Collection

23.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

24.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

25.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

26.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

27.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

28.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

### iii.    JPMCB Credit Card

29.     Admitted.

30.     Denied.

31.     Denied.

### iv.    UACC Auto Loan

32.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

33.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

34.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

35.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

### v.     **Merrick Credit Card**

36.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

37.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

### vi.     **Comenity Charge Cards**

38.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

39.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

40.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

41.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

42.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

43.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

44.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

### vi.     MCM Collections

45.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

46.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

47.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

48.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

### vii.    Santander Auto Loan

49.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

50.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

51.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

52.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

53.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

54.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

### viii.    **Illegal Credit Inquiries**

55.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

56.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

57.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

58.    Chase denies that it made unauthorized inquiries, furnished or continues to furnish inaccurate information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

59.    Chase denies that it had no permissible purpose in obtaining Plaintiff's credit report. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

60.    Chase denies that Plaintiff did not apply for credit with Chase or that Plaintiff received an offer of credit from Chase. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

**B.  Plaintiff's Disputes of the Inaccurate Credit Items**

61.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

62.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

63.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

64.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

65.    Chase denies that it furnished or continues to furnish inaccurate information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

66.    Chase denies that it failed to conduct any required appropriate investigation, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

67.    Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted

10

unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

68. Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

69. Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

70. Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. Further, this paragraph constitutes a legal conclusion, which Chase is not required to admit or deny.

71. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

72.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied. Further, this paragraph constitutes a legal conclusion, which Chase is not required to admit or deny.

73.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

### AS TO "COUNT ONE: VIOLATION(S) OF 15 U.S.C. § 1681e(a)

74.     Chase incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

75.     The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

76.     The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

77.     The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions

12

of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

78.     The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

79.     The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

80.     Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

81.     The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

82.     The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions

of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

## AS TO "COUNT TWO: VIOLATION(S) OF 15 U.S.C. § 1681e(b)

83.    Chase incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

84.    The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

85.    The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

86.    The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

87.    The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions

of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

88.    The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

89.    The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

90.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

91.    The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

92.    The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions

of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

## AS TO "COUNT THREE: VIOLATION OF 15 U.S.C. 1681g(a)

93. Chase incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

94. The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

95. The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

96. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

97. The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

16

98.     The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

### AS TO "COUNT FOUR: VIOLATION OF 15 U.S.C. § 1681i(a)

99.     Chase incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

100.     The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

101.     The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

102.     The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

103.     The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or

17

information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

104. The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

105. The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

106. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

107. The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

108. The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or

information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

<u>**AS TO "COUNT FIVE: VIOLATION(S) OF 15 U.S.C. § 1681s-2(b)**</u>

109.   Chase incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

110.   The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves.

111.   Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

112.   The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. Chase denies the allegations of this paragraph.

113.   Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief

19

as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

114. Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

115. Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

116. Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

117.    Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

118.    Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

119.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph and, as such, the allegations are denied. To the extent any other response is required, denied.

120.    Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief

21

as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

121.    Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied.

### AS TO "COUNT SIX: VIOLATIONS OF FDCPA

122.    Chase incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

123.    The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

124.    The allegations of this paragraph pertain exclusively to entities or individuals other than Chase and, therefore, no response from Chase is required. Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties, and as such, the allegations of this paragraph are denied. To the extent any other response is required, denied.

125.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

126.    Chase is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the other parties, and as such, any such allegations are denied. To the extent any other response is required, denied.

### AS TO "COUNT SEVEN: DEFAMATION"

127.    Chase incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

128.    Denied.

129.    Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies the allegations of this paragraph.

130.    Denied.

131.    Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies the allegations of this paragraph.

132.    Denied as a conclusion of law to which no response is required. To the extent a further response is required, Chase denies the allegations of this paragraph.

### AS TO "DEMAND FOR TRIAL BU JURY"

Chase admits that Plaintiff demands a trial by jury but denies that Plaintiff is entitled to a jury trial.

### AS TO "PRAYER FOR RELIEF"

Chase denies any liability whatsoever, denies that Plaintiff is entitled to any damages, costs, fees, or other relief from or against Chase, and demands judgment in its favor and against

Plaintiff, together with such other relief, including costs and attorneys' fees, as the Court deems just and proper.

## DEFENSES AND AFFIRMATIVE DEFENSES

1.      Plaintiff fails to state a claim upon which relief can be granted.

2.      Plaintiff's claims are barred by the doctrine of release and/or waiver.

3.      Plaintiff is barred from relief against Chase inasmuch as any alleged harm suffered by Plaintiff was not caused in fact or proximately caused by any act or omission of Chase.

4.      Any and all damages sustained by Plaintiff are the direct result of her own actions or omissions or the acts or omissions of unrelated third parties over which Chase has no control.

5.      Plaintiff's claims are barred, in whole or in part, by the doctrines of unclean hands, estoppel, laches, acquiescence, and other doctrines of equitable relief.

6.      Chase has acted in good faith and not willfully, maliciously, recklessly, wantonly, and/or negligently.

7.      Chase has acted with due care at all times and complied with the FCRA and all applicable laws, regulations, and standards and otherwise acted reasonably.

8.      Chase has not violated any duty or obligation owed to Plaintiff under common law, statute, any applicable contract, or other authority.

9.      To the extent Plaintiff claims Chase willfully violated the FCRA, which Chase denies, any purported violation was not willful because Chase's interpretation of the FCRA is not objectively unreasonable. *See, e.g., Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47, 70 (2007).

10.      To the extent Chase was required to investigate Plaintiff's purported disputes, Plaintiff failed to provide Chase with sufficient information to enable it to perform a reasonable

24

investigation of the alleged disputes. *See, e.g., Westra v. Credit Control of Pinellas*, 409 F.3d 825, 827 (7th Cir. 2005).

11.     Plaintiff's defamation claim is preempted by the FCRA.

12.     Some or all of Plaintiff's claims against Chase are barred by the applicable statute of limitations.

13.     Plaintiff's claims for punitive damages violate the Due Process Clause of the Fourteenth Amendment and the laws of the District of Columbia.

14.     Chase reserves the right to assert additional defenses at such time and to such extent as warranted by discovery and the factual developments of this case.

Respectfully submitted,

    /s/                    
Jiah L. Park (D.C. Fed. Bar No. 1719120)
MILES & STOCKBRIDGE P.C.
1201 Pennsylvania Ave., N.W., Suite 900
Washington, D.C. 20004
Tel: (202) 465-8411
Fax: (202) 465-8411
jpark@milesstockbridge.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2024, a copy of the foregoing was served on all Counsel of Record via this Court's CM/ECF system.

*/s/ Jiah L. Park*      
Jiah L. Park
