**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PASHION WILKINS,                                    )
                                                    )
                 Plaintiff,                         )
                                                    )
        v.                                          )      Case No. 1:24-cv-00335-RBW
                                                    )
CAPITAL ONE FINANCIAL CORPORATION,                  )
COMENITY SERVICING LLC, EQUIFAX                      )
INFORMATION SERVICES, LLC,                           )
EXPERIAN INFORMATION SOLUTIONS,                      )
INC., I.C. SYSTEM, INC., JPMORGAN                    )
CHASE BANK, N.A., MERRICK BANK,                      )
MIDLAND CREDIT MANAGEMENT, INC.,                     )
SYNCHRONY BANK, TRANS UNION, LLC,                    )
UNITED AUTO CREDIT CORPORATION,                      )
                                                    )
                 Defendants.                        )

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S**
**ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

**PRELIMINARY STATEMENT**

1.    Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA"). Equifax denies it violated the FCRA, or any other law, in its handling of Plaintiff's credit file.

**PARTIES TO THIS ACTION**

2.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5.    Equifax admits that it is a consumer reporting agency as defined by the FCRA.

6.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

12.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

## FACTUAL ALLEGATIONS

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.     Equifax denies the allegations in Paragraph 17.

18.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29.

30. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30.

31. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45.

46. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

47. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47.

48. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48.

49. Equifax states that the credit file speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the credit file, the allegations are denied.

50. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51.

52. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61. Equifax admits that it received a written dispute from Plaintiff. To the extent Plaintiff misstates, misquotes, or takes out of context the dispute, the allegations are denied.

62. Equifax admits that it received a written dispute from Plaintiff. To the extent Plaintiff misstates, misquotes, or takes out of context the dispute, the allegations are denied.

63. Equifax denies the allegations in Paragraph 63.

64. Equifax denies the allegations in Paragraph 64.

65. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

66. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66.

67.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67.

68.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68.

69.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70.

71.    Equifax denies the allegations in Paragraph 71.

72.    Equifax denies the allegations in Paragraph 72.

73.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

## COUNT ONE: VIOLATION(S) OF 15 U.S.C. § 1681e(a)

74.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

75.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied.

76.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76.

77.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77.

78.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81.     Equifax denies the allegations in Paragraph 81.

82.     Equifax denies the allegations in Paragraph 82.

## COUNT TWO: VIOLATION OF 15 U.S.C. § 1681e(b)

83.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

84.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied.

85.     Equifax denies the allegations in Paragraph 85.

86.     Equifax denies the allegations in Paragraph 86.

87.     Equifax denies the allegations in Paragraph 87.

88.     Equifax denies the allegations in Paragraph 88.

89.     Equifax denies the allegations in Paragraph 89.

90.     Equifax denies the allegations in Paragraph 90.

91.     Equifax denies the allegations in Paragraph 91.

92.     Equifax denies the allegations in Paragraph 92.

## COUNT THREE: VIOLATION OF 15 U.S.C. § 1681g(a)

93.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

94.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied.

95.     Equifax denies the allegations in Paragraph 95.

96.    Equifax denies the allegations in Paragraph 96.

97.    Equifax denies the allegations in Paragraph 97.

98.    Equifax denies the allegations in Paragraph 98.

## COUNT FOUR: VIOLATION(S) OF 15 U.S.C. § 1681i(a)

99.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

100.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied.

101.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or takes out of context the FCRA, the allegations are denied.

102.    Equifax denies the allegations in Paragraph 102.

103.    Equifax denies the allegations in Paragraph 103.

104.    Equifax denies the allegations in Paragraph 104.

105.    Equifax denies the allegations in Paragraph 105.

106.    Equifax denies the allegations in Paragraph 106.

107.    Equifax denies the allegations in Paragraph 107.

108.    Equifax denies the allegations in Paragraph 108.

## COUNT FIVE: VIOLATION(S) OF 15 U.S.C. § 1681s-2(b)

109.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

110.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110.

111.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111.

112.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112.

113.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113.

114.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114.

115.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115.

116.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116.

117.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117.

118.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118.

119.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119.

120.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120.

121.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121.

## COUNT SIX: VIOLATIONS OF FDCPA

122.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

123.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123.

124.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124.

125.   Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125.

126.   Equifax denies the allegations in Paragraph 126.

## COUNT SEVEN: DEFAMATION

127.   Equifax reasserts and re-alleges its responses and defenses as set forth herein.

128.   Equifax denies the allegations in Paragraph 128.

129.   Equifax denies the allegations in Paragraph 129.

130.   Equifax denies the allegations in Paragraph 130.

131.   Equifax denies the allegations in Paragraph 131.

132.   Equifax denies the allegations in Paragraph 132.

Equifax denies that Plaintiff is entitled to any relief claimed in her Complaint.

## DEMAND FOR TRIAL BY JURY

133.   Equifax admits that Plaintiff demands a jury trial.

## PRAYER FOR RELIEF

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in her Prayer for Relief.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

12

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2)    it recover such other and additional relief as the Court deems just and appropriate.

Dated: March 14, 2024                         Respectfully submitted,

*/s/ Jack R. McCaffrey*
Jack R. McCaffrey, Esq. (DC Bar No. 90005202)
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
Telephone:   (202) 640-6675
Facsimile:   (202) 772-0919
Email:        jmccaffrey@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

13

14

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically via the Court's CM/ECF on the 14th day of March, 2024.  Notice of this filing will automatically be sent to all parties by operation of the Court's electronic filing system.

*/s/ Jack R. McCaffrey*
Jack R. McCaffrey, Esq.

95782\337215\276425469