**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PASHION WILKINS,            ) <br>            ) <br>    Plaintiff,         ) <br>            ) <br>      vs.          ) <br>            ) <br> CAPITAL ONE FINANCIAL CORPORATION,  ) <br> et al.,           ) <br>            ) <br>    Defendants.    ) | Case No. 1:24-cv-00335-RBW |

**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S ANSWER AND
DEFENSES TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**

Defendant Midland Credit Management, Inc. ("MCM"), through its undersigned counsel, hereby files its Answer and Defenses to the Complaint and Jury Demand ("Complaint") of Plaintiff Pashion Wilkins ("Plaintiff"), and further states as follows:

**PRELIMINARY STATEMENT**

1.     MCM admits only that Plaintiff purports to raise a cause of action for actual, statutory and punitive damages, costs and attorney's fees pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* To the extent any other response is required, denied.

**PARTIES TO THIS ACTION**

2.     The allegations of paragraph 2 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a response is required, such allegations are denied.

3.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 3 of the Complaint, and therefore denies them.

4.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 4 of the Complaint, and therefore denies them.

1

5. The allegations of paragraph 5 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a response is required, such allegations are denied.

6. The allegations of paragraph 6 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a response is required, such allegations are denied.

7. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 7 of the Complaint, and therefore denies them.

8. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 8 of the Complaint, and therefore denies them.

9. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 9 of the Complaint, and therefore denies them.

10. The allegations of paragraph 10 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a response is required, such allegations are denied.

11. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 11 of the Complaint, and therefore denies them.

12. The allegations of paragraph 12 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a response is required, such allegations are denied.

13. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 13 of the Complaint, and therefore denies them.

## FACTUAL ALLEGATIONS

A.    **Inaccurate Items on Plaintiff's Credit Reports**

14.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 14 of the Complaint, and therefore denies them.

15.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 15 of the Complaint, and therefore denies them.

16.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 16 of the Complaint, and therefore denies them.

17.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 17 of the Complaint, and therefore denies them.

### i.  Capital One Credit Cards

18.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 18 of the Complaint, and therefore denies them.

19.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 19 of the Complaint, and therefore denies them.

20.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 20 of the Complaint, and therefore denies them.

21.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 21 of the Complaint, and therefore denies them.

22.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 22 of the Complaint, and therefore denies them.

### ii. I.C. System's Collection

23. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 23 of the Complaint, and therefore denies them.

24. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 24 of the Complaint, and therefore denies them.

25. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 25 of the Complaint, and therefore denies them.

26. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 26 of the Complaint, and therefore denies them.

27. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 27 of the Complaint, and therefore denies them.

28. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 28 of the Complaint, and therefore denies them.

### iii. JPMCB Credit Card

29. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 29 of the Complaint, and therefore denies them.

30. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 30 of the Complaint, and therefore denies them.

31. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 31 of the Complaint, and therefore denies them.

### iv. UACC Auto Loan

32. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 32 of the Complaint, and therefore denies them.

33.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 33 of the Complaint, and therefore denies them.

34.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 34 of the Complaint, and therefore denies them.

35.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 35 of the Complaint, and therefore denies them.

### v.  Merrick Credit Card

36.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 36 of the Complaint, and therefore denies them.

37.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 37 of the Complaint, and therefore denies them.

### vi.  Comenity Charge Cards

38.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 38 of the Complaint, and therefore denies them.

39.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 39 of the Complaint, and therefore denies them.

40.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 40 of the Complaint, and therefore denies them.

41.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 41 of the Complaint, and therefore denies them.

42.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 42 of the Complaint, and therefore denies them.

43.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 43 of the Complaint, and therefore denies them.

44.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 44 of the Complaint, and therefore denies them.

### vi.  MCM Collections

45.     MCM admits the allegations contained in paragraph 45 of the Complaint to the extent it is furnishing information to the credit reporting agencies regarding unpaid balances owed to it by Ms. Wilkins on the accounts purchased from Comenity.

46.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 46 of the Complaint, and therefore denies them.

47.     The allegations of paragraph 47 of the Complaint are denied.

48.     The allegations of paragraph 48 of the Complaint are denied.

### vii.  Santander Auto Loan

49.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 49 of the Complaint, and therefore denies them.

50.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 50 of the Complaint, and therefore denies them.

51.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 51 of the Complaint, and therefore denies them.

### vii.  SYNCB Charge Card

52.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 52 of the Complaint, and therefore denies them.

53.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 53 of the Complaint, and therefore denies them.

54.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 54 of the Complaint, and therefore denies them.

### viii. Illegal Credit Inquiries

55.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 55 of the Complaint, and therefore denies them.

56.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 56 of the Complaint, and therefore denies them.

57.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 57 of the Complaint, and therefore denies them.

58.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 58 of the Complaint, and therefore denies them.

59.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 59 of the Complaint, and therefore denies them.

60.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 60 of the Complaint, and therefore denies them.

### B.     Plaintiff's Disputes of the Inaccurate Credit Items

61.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 61 of the Complaint, and therefore denies them.

62.     MCM admits the allegation contained in paragraph 62 of the Complaint to the extent it received notices of disputes through the e-Oscar system.  MCM lacks information to admit

or deny the remaining allegations contained in paragraph 62 of the Complaint to the extent the allegations are directed at other defendants and therefore those allegations are denied.

63. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 63 of the Complaint, and therefore denies them.

64. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 64 of the Complaint, and therefore denies them.

65. MCM denies that it furnished or continues to furnish inaccurate information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

66. MCM denies that it failed to conduct any required appropriate investigation, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

67. MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

68. MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with

regard to Plaintiff. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

69.    MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

70.    MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

71.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 71 of the Complaint, and therefore denies them.

72.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 72 of the Complaint, and therefore denies them.

73.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 73 of the Complaint, and therefore denies them.

**COUNT ONE: VIOLATION(S) OF 15 U.S.C. § 1681e(a)**

74.    In response to paragraph 74 of the Complaint, MCM restates and incorporates each of its responses to the allegations in the preceding paragraphs as if fully set forth herein.

75. The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

76. The allegations of paragraph 76 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

77. The allegations of paragraph 77 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

78. The allegations of paragraph 78 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

79. The allegations of paragraph 79 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

80. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 80 of the Complaint, and therefore denies them.

81. The allegations of paragraph 81 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information

to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

82.    The allegations of paragraph 82 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

**COUNT TWO: VIOLATION(S) OF 15 U.S.C. § 1681e(b)**

83.    In response to paragraph 83 of the Complaint, MCM restates and incorporates each of its responses to the allegations in the preceding paragraphs as if fully set forth herein.

84.    The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

85.    The allegations of paragraph 85 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

86.    The allegations of paragraph 86 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

87.    The allegations of paragraph 87 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information

to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

88.     The allegations of paragraph 88 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

89.     The allegations of paragraph 89 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

90.     MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 90 of the Complaint, and therefore denies them.

91.     The allegations of paragraph 91 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

92.     The allegations of paragraph 92 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

### COUNT THREE: VIOLATION(S) OF 15 U.S.C. § 1681g(a)

93.     In response to paragraph 93 of the Complaint, MCM restates and incorporates each of its responses to the allegations in the preceding paragraphs as if fully set forth herein.

94. The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

95. The allegations of paragraph 95 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

96. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 96 of the Complaint, and therefore denies them.

97. The allegations of paragraph 97 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

98. The allegations of paragraph 98 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

<strong><u>COUNT FOUR: VIOLATION OF 15 U.S.C. § 1681i(a)</u></strong>

99. In response to paragraph 99 of the Complaint, MCM restates and incorporates each of its responses to the allegations in the preceding paragraphs as if fully set forth herein.

100. The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

101. The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

102. The allegations of paragraph 102 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

103. The allegations of paragraph 103 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

104. The allegations of paragraph 104 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

105. The allegations of paragraph 105 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

106. MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 106 of the Complaint, and therefore denies them.

107. The allegations of paragraph 107 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information

to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

108.     The allegations of paragraph 108 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

**COUNT FIVE: VIOLATION(S) OF 15 U.S.C. § 1681s-2(b)**

109.     In response to paragraph 109 of the Complaint, MCM restates and incorporates each of its responses to the allegations in the preceding paragraphs as if fully set forth herein.

110.     The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves.

111.     The allegations of paragraph 111 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a further response is required, MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff.  MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

112.     The provisions of the FCRA and the case law interpreting it are self-evident and speak for themselves.  To the extent that a further answer is required, MCM denies the allegations contained in paragraph 112 of the Complaint.

113.     The allegations of paragraph 113 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a further response is required, MCM

denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff.  MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

114. The allegations of paragraph 114 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a further response is required, MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff.  MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

115. The allegations of paragraph 115 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a further response is required, MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff.  MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

116. The allegations of paragraph 116 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a further response is required, MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any

conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff.  MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

117.    The allegations of paragraph 117 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a further response is required, MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff.  MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

118.    The allegations of paragraph 118 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a further response is required, MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff.  MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

119.    MCM lacks sufficient information to form a belief as to the truth of the allegations in paragraph 119 of the Complaint, and therefore denies them.

120.    The allegations of paragraph 120 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a further response is required, MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any

conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff.  MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

121.    The allegations of paragraph 121 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a further response is required, MCM denies that it failed to conduct any required appropriate investigation, furnished or continues to furnish inaccurate or materially misleading information, acted unlawfully, or engaged in any conduct that violated the FCRA, or any other provision of law, with regard to Plaintiff.  MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

### COUNT SIX: VIOLATIONS OF FDCPA

122.    In response to paragraph 122 of the Complaint, MCM restates and incorporates each of its responses to the allegations in the preceding paragraphs as if fully set forth herein.

123.    The allegations of paragraph 123 pertain exclusively to entities or individuals other than MCM and, therefore, no response from MCM is required. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

124.    The allegations of paragraph 124 of the Complaint are denied.

125.    MCM denies the allegations of paragraph 125 that pertain to MCM. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

126.    MCM denies the allegations of paragraph 125 as it pertains to MCM. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

## COUNT SEVEN: DEFAMATION

127.    In response to paragraph 127 of the Complaint, MCM restates and incorporates each of its responses to the allegations in the preceding paragraphs as if fully set forth herein.

128.    MCM denies the allegations of paragraph 128 as they pertain to MCM. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

129.    The allegations of paragraph 129 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a response is required, such allegations are denied.

130.    MCM denies the allegations of paragraph 130 they pertain to MCM. MCM lacks sufficient information to form a belief as to the truth of the allegations regarding the other parties, and therefore denies them.

131.    The allegations of paragraph 131 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a response is required, such allegations are denied.

132.    The allegations of paragraph 132 of the Complaint call for one or more legal conclusions that do not require a response. To the extent a response is required, such allegations are denied.

## DEMAND FOR TRIAL BY JURY

133.    MCM admits that Plaintiff demanded a trial by jury.

## PRAYER FOR RELIEF

134.   MCM denies the allegations and relief sought in the Prayer for Relief paragraph of the Complaint.

## DEFENSES AND AFFIRMATIVE DEFENSES

By way of further response to the Complaint, MCM asserts the following defenses and affirmative defenses:

1.   The Complaint fails to set forth facts sufficient to state a claim upon which relief may be granted against MCM and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from MCM.

2.   Plaintiff's defamation claim is preempted by the FCRA.

3.   Plaintiff's claims against MCM are limited or barred for lack of standing.

4.   Plaintiff's claims against MCM are limited or barred because Plaintiff has not suffered any concrete harm.

5.   MCM has acted in good faith and not willfully, maliciously, recklessly, wantonly, and/or negligently.

6.   MCM has acted with due care at all times and complied with the FCRA and all applicable laws, regulations, and standards and otherwise acted reasonably.

7.   MCM has not violated any duty or obligation owed to Plaintiff under common law, statute, any applicable contract, or other authority.

8.   To the extent Plaintiff claims MCM willfully violated the FCRA, which MCM denies, any purported violation was not willful because MCM's interpretation of the FCRA is not objectively unreasonable. *See, e.g., Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47, 70 (2007).

9.      To the extent MCM was required to investigate Plaintiff's purported disputes, Plaintiff failed to provide MCM with sufficient information to enable it to perform a reasonable investigation of the alleged disputes. *See, e.g., Westra v. Credit Control of Pinellas*, 409 F.3d 825, 827 (7th Cir. 2005).

10.     Plaintiff's claims are barred or diminished, in whole or in part, to the extent Plaintiff failed to take proper and reasonable steps to avoid or to minimize, prevent, or otherwise mitigate any and all alleged damages.

11.     Plaintiff is barred from relief against MCM inasmuch as any alleged harm suffered by Plaintiff was not caused in fact or proximately caused by any act or omission of MCM.

12.     Any damages Plaintiff may have suffered, which MCM continues to deny, were the direct and proximate result of the conduct of Plaintiff or the conduct of unrelated third parties over which MCM has no control. Therefore, Plaintiff is estopped and barred from recovery of any damages.

13.     The damages alleged by Plaintiff are speculative, lack any viable legal basis, and are not causally connected to MCM's alleged conduct.

14.     Plaintiff's claims for punitive damages violate the Due Process Clause of the Fourteenth Amendment and the laws of the District of Columbia.

15.     MCM reserves the right to assert additional defenses or affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

Respectfully submitted,

HINSHAW & CULBERTSON LLP


*/s/ John A. Nader*
John A. Nader

John A. Nader
DC Bar No. 974890
HINSHAW & CULBERTSON LLP
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Telephone: 202-979-5280
jnader@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, John A. Nader, an attorney, certify that on March 18, 2024, I caused to be served a copy of the foregoing by: depositing same in the U.S., prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

☒ ECF
☐ Facsimile
☐ UPS
☐ U.S. Mail
☐ E-Mail
☐ Messenger Delivery


To:   All Parties of Record


*/s/ John A. Nader*
John A. Nader

22