UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

PASHION WILKINS

      Plaintiff,

v.                                   Case No: 1:24-CV-00335-RBW

Capital One Financial Corporation,
Comenity Servicing LLC Equifax
Information Services, LLC, Experian
Information Solutions Inc. I.C. System
Inc., JP Morgan Chase Bank, N.A.
Merrick Bank, Midland Credit
Management, Inc. Synchrony Bank,
Trans Union LLC, and United Auto
Credit Corporation,

      Defendants.

_____/

**DEFENDANT I.C. SYSTEM INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant I.C. System Inc.'s ("ICS" or "Defendant") sets forth this Answer to the Complaint ("Complaint") of Pashion Wilkins ("Plaintiff") in the above-entitled matter. ICS denies each and every allegation in the Complaint, unless otherwise admitted or qualified in this Answer and states and alleges as follows:

**Preliminary Statement**

1.      ICS admits that the Complaint seeks actual, statutory, and punitive damages as well as attorney's fees and costs for a claim brought pursuant to the FCRA. Denied that Plaintiff is entitled to such relief from ICS.

2.      This allegation seeks a legal conclusion as to the term "consumer" as defined by the FCRA and no response is required. To the extent a response is sought, ICS denies and demands strict proof thereof.

3.      This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

4.      This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

5.      This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

6.      This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

7.      ICS admits only that its corporate records speak for themselves. Otherwise denied. ICS demands strict proof thereof.

8.      This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

9.      This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

10.     This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

11.     This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

12.     This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

13.     This allegation is not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

## FACTUAL ALLEGATIONS

### A.  Inaccurate Items on Plaintiff's Credit Report

14.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

15.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

16.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

17.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

### i.      Capital One Credit Cards

18.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

19.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

20.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

21.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

22.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

### ii.      I.C. System's Collection

23.     ICS admits only that its account records for the subject account speak for themselves. Otherwise denied. ICS demands strict proof thereof.

24.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

25.     ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

26.      ICS is without sufficient knowledge or information to admit or deny this paragraph. Therefore denied, ICS demands strict proof thereof.

27.     ICS admits only that its account records for the subject account speak for themselves. Otherwise denied. ICS demands strict proof thereof.

28.    ICS admits only that its account records for the subject account speak for themselves. Otherwise denied. ICS demands strict proof thereof.

### iii.    JPMCB Credit Card

29.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

30.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

31.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### iv.    UACC Auto Loan

32.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

33.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

34.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

35.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### v.    Merrick Credit Card

36.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

37.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### vi.    Comenity Charge Cards

38.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

39.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

40.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

41.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

42.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

43.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

44.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### vii.    MCM Collections

45.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

46.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

47.    ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

48.	ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### vii.	Santander Auto Loan

49.	ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

50.	ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

51.	ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### vii. SYNCB Charge Card

52.	This paragraph is not directed to ICS. To the extent a response is sought from ICS, it is without sufficient information to admit or deny the allegations in this paragraph.

53.	ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

54.	ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### viii.	Illegal Credit Inquiries

55.	ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

56.	ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

57.	ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

58.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

59.     This ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

60.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

**B.     Plaintiff's Disputes of the Inaccurate Credit Items**

61.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

62.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

63.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

64.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

65.     Denied as to ICS. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants. Therefore denied, ICS demands strict proof thereof.

66.     Denied as to ICS. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants. Therefore denied, ICS demands strict proof thereof.

67. Denied as to ICS. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants. Therefore denied, ICS demands strict proof thereof.

68. This allegation contains improper commentary inconsistent with pleading requirements and no response is required. To the extent a response is sought, ICS denies and demands strict proof thereof.

69. ICS denies that it failed to perform as required by the FCRA or any other law. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants. Therefore denied, ICS demands strict proof thereof.

70. This allegation contains improper commentary inconsistent with pleading requirements and no response is required. To the extent a response is sought, ICS denies and demands strict proof thereof.

71. ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

72. This allegation contains improper commentary inconsistent with pleading requirements and no response is required. To the extent a response is sought, ICS denies and demands strict proof thereof.

73. ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### Count One: Violations of 15 U.S.C. 1681e(a)

74. ICS re-asserts its responses to paragraphs 1 through 73 as if stated fully herein.

75. ICS admits only that Section 1681e(a) speaks for itself. Otherwise denied. ICS demands strict proof thereof.

9

76.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

77.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

78.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

79.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

80.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

81.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

82.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### Count Two: Violation(s) of 15 U.S.C. 1681e(b)

83.     ICS re-asserts its responses to Paragraphs 1-73 as if stated fully herein.

84.     ICS admits only that Section 1681e(b) speaks for itself. Otherwise denied. ICS demands strict proof thereof.

85.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

86.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

87.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

88.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

89.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

90.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

91.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

92.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

**Count Three: Violations of 15 U.S.C. 1681 g(a)**

93.     ICS re-asserts its responses to Paragraphs 1-73 as if stated fully herein.

94.     ICS admits only that Section 1681e(b) speaks for itself. Otherwise denied. ICS demands strict proof thereof.

95.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

96.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

97.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

98.     ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

**Count Four: Violations of 15 U.S.C. 1681i(a)**

99.     ICS re-asserts its responses to paragraphs 1 through 73 as if stated fully herein.

11

100. ICS admits only that Section 1681(a)(1)(4)(5) speaks for itself. Otherwise denied.

101. ICS admits only that Section 1681(a)(2)(A) speaks for itself. Otherwise denied.

102. ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

103. ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

104. ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

105. ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

106. ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

107. ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

108. ICS is without sufficient information to admit or deny the allegations in this paragraph. Therefore denied, ICS demands strict proof thereof.

### Count Five Violation(s) of 15 U.S.C. 1681s-2(b)

109. ICS re-asserts its responses to Paragraphs 1 through 73 as if fully stated herein.

110. ICS admits only that Section 1681s-2(b) speaks for itself. Otherwise denied.

111. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

112. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

113. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

114. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

115. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

116. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

117. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

118. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

119. Denied.

120. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

121. ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

### Count Six Violations of the FDCPA

122. ICS re-asserts its responses to Paragraphs 1 through 73 as if stated fully herein.

123. Denied, including as to subparts (a)-(e).

124. This paragraph and its subparts are not directed at ICS and no response is required. To the extent a response is sought, ICS is without sufficient information to admit or deny the allegations in this paragraph.

125.   Denied.

126.   Denied.

### COUNT SEVEN: DEFAMATION

127.   ICS re-asserts its responses to Paragraphs 1 through 73 as if stated fully herein.

128.   ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

129.   ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

130.   ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

131.   ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

132.   ICS denies. ICS is without sufficient information to admit or deny the allegations in this paragraph as to the other co-defendants.

133.   ICS admits that Plaintiff seeks a trial by jury.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff failed to state a claim upon which relief can be granted, and therefore Plaintiff's claims should be dismissed.

### SECOND AFFIRMATIVE DEFENSE

ICS asserts, without admitting any liability whatsoever, that any violation of federal or state law in its dealings with Plaintiff was a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint and purported claims for relief are barred because Plaintiff sustained no injury or damage as a result of any act or omission of or by ICS.

## FOURTH AFFIRMATIVE DEFENSE

The matters that are the subject of the Complaint and the actions therein complained may be attributable to third parties over whom ICS had no control or right to control and recovery is therefore barred or proportionately reduced accordingly.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff cannot recover against ICS to the extent that some or all of their claims for relief in the Complaint are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims against ICS fail to the extent they are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail to the extent that they are barred because the information ICS communicated to any third person regarding Plaintiff was true.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail to the extent that, at all relevant times with respect to Plaintiff, ICS acted in good faith and complied fully with the FCRA and relevant state laws.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail to the extent that they are barred, in whole or in part, because Plaintiff has failed to mitigate his/her damages.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail to the extent that they are barred or limited, in whole or in part, under the principle of set-off and recoupment for damages or settlement amount from others.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff cannot recover against ICS to the extent that his Complaint fails to state a claim for relief for punitive damages. Additionally, Plaintiff cannot recover punitive damages against ICS to the extent that such an award would violate ICS's constitutional rights under the Constitution of the United States of America.

ICS reserves the right to assert any other defenses that may become available during discovery proceedings or otherwise in this case and hereby reserves the right to amend its answer to assert any such defenses.

## I.C. SYSTEM INC.'S PRAYER FOR RELIEF

WHEREFORE, I.C. System Inc. requests that this Court:

(a)    Find that Plaintiff take nothing on her claims against I.C. System Inc.;

(b)    Dismiss Plaintiff's Complaint with prejudice and deny Plaintiff any and all relief requested in the Complaint;

(c)    Enter judgment in favor of I.C. System Inc.;

(d)    Award I.C. System Inc. the costs in this matter, including reasonably attorneys' fees if available; and

(e)    Award I.C. System Inc. such other relief as the Court deems just and proper.

Respectfully submitted by:

By: */s/ Elizabeth M. Briones*
Elizabeth M. Briones (D.C. Bar No. 888324983)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000

16

Washington, DC 20004
Phone: (202) 274-2937
Fax: (202) 274-2994
elizabeth.briones@troutman.com

Sangeeta Spengler, Esquire (*pro hac vice* to be filed)
GOLDEN SCAZ GAGAIN, PLLC
FBN: 0186864
1135 Marbella Plaza Drive
Tampa, FL 33619
Phone: 813-251-5500
Email: spspenger@gsgfirm.com

*Attorneys for Defendant I.C. System, Inc.*

17

## <u>CERTIFICATE OF SERVICE</u>

I, Elizabeth M. Briones, hereby certify that on May 22, 2024, a true and correct copy of the

foregoing was served via ECF filing, upon counsel of record.


Date: May 22, 2024                                          */s/ Elizabeth M. Briones*
                                                            Elizabeth M. Briones

18