IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PASHION WILKINS,

        **Plaintiff,**

    **v.**                                                                 CASE NO: 1:24-cv-00335

MERRICK BANK et. Al.,

        **Defendants.**

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Experian Information Solutions Inc. ("Experian"), by its undersigned counsel, and answers Plaintiff's Complaint (the "Complaint") as follows:

Experian denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs below. Experian further states that it lacks knowledge or information sufficient to form a belief about the truth or falsity of any and all allegations that relate to the actions of third-parties and therefore denies the same. Experian further states that its investigation of the present matter is ongoing. Accordingly, Experian reserves the right to amend this answer. In response to the numbered paragraphs in the Complaint, Experian states as follows:

## PRELIMINARY STATEMENT

1. In response to paragraph 1 of the Complaint, Experian admits that the Complaint seeks actual, statutory, and punitive damages as well as attorney's fees and costs for a claim pursuant to the FCRA. Experian denies that Plaintiff is entitled to such relief.

## PARTIES TO THIS ACTION

2. In response to paragraph 2 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

3. In response to paragraph 3 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4. In response to paragraph 4 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5. In response to paragraph 5 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6. In response to paragraph 6 of the Complaint, Experian admits that some of its business activities make it a "consumer reporting agency" under the FCRA and, at times, it

engages in the business of assembling, and disbursing consumer report to third parties seeking such information for a permissible purpose.

7.      In response to paragraph 7 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.      In response to paragraph 8 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9.      In response to paragraph 9 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.     In response to paragraph 10 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11.     In response to paragraph 11 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.     In response to paragraph 12 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.     In response to paragraph 13 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### FACTUAL ALLEGATIONS

**A. Inaccurate Items on Plaintiff's Credit Reports**

14.     In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.     In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.     In response to paragraph 16 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.     In response to paragraph 17 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**i. Capital One Credit Cards**

18.     In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### ii. I.C. System's Collection

23. In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25. In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26. In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27. In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28. In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### iii. JPMCB Credit Card

29.     In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### iv. UACC Auto Loan

32.     In response to paragraph 32 of the Complaint,  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.   In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.   In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.   In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### v. Merrick Credit Card

36.   In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.   In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### vi. Comenity Charge Cards

38. In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39. In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40. In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41. In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42. In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43. In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44. In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### vi. MCM Collections

45. In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46. In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47. In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.  In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### vii. Santander Auto Loan

49.  In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.  In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.  In response to paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**vii. SYNCB Charge Card**

52.     In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**viii. Illegal Credit Inquiries**

55.     In response to paragraph 55 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.     In response to paragraph 56 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57. In response to paragraph 57 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58. In response to paragraph 58 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

59. In response to paragraph 59 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60. In response to paragraph 60 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## B. Plaintiff's Disputes of Inaccurate Credit Item

61.    In response to paragraph 61 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff on one or more dates, the contents of which speaks for itself.

62.    In response to paragraph 62 of the Complaint, Experian admits it sent notice of Plaintiff's disputes to the "Furnisher Defendants" as part of its reinvestigation process.

63.    In response to paragraph 63 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 63 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

64.    In response to paragraph 64 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 64 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

65.    In response to paragraph 65 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to paragraph 66 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.     In response to paragraph 67 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     In response to paragraph 68 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.     In response to paragraph 69 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

70.     In response to paragraph 70 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.     In response to paragraph 71 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 71 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

72.     In response to paragraph 72 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 72 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

73.     In response to paragraph 73 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 73 of the Complaint that relate to the other defendants,

Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

## COUNT ONE: VIOLATION(S) OF 15 U.S.C. § 1681e(a)

74. In response to paragraph 74 of the Complaint, Experian reasserts its answers and responses set forth herein.

75. In response to paragraph 75 of the Complaint, Experian admits that section 1681e(a) speaks for itself. Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 75 of the Complaint that relates to Experian. As to the allegations in paragraph 75 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

76. In response to paragraph 76 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 76 of the Complaint that relates to Experian. As to the allegations in paragraph 76 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those

allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

77. In response to paragraph 77 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 77 of the Complaint that relates to Experian. As to the allegations in paragraph 77 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

78. In response to paragraph 78 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 78 of the Complaint that relates to Experian. As to the allegations in paragraph 78 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

79. In response to paragraph 79 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 79 of the Complaint that relates to Experian. As to the allegations in paragraph 79 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those

allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

80.     In response to paragraph 80 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 80 of the Complaint that relates to Experian. As to the allegations in paragraph 80 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

81.     In response to paragraph 81 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages or other relief. Experian further denies that its conduct was willful as alleged in the Complaint. Experian denies, generally and specifically, each and every remaining allegation in paragraph 81 of the Complaint that relates to Experian. As to the allegations of paragraph 81 of the Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

82.     In response to paragraph 82 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages or other relief. Experian further denies that its conduct was negligent as alleged in the Complaint. Experian denies, generally and specifically, each and every remaining allegation in

paragraph 82 of the Complaint that relates to Experian. As to the allegations of paragraph 82 of the Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

**COUNT TWO: VIOLATION(S) OF 15 U.S.C. § 1681e(b)**

83. In response to paragraph 83 of the Complaint, Experian reasserts its answers and responses set forth herein.

84. In response to paragraph 84 of the Complaint, Experian admits that section 1681e(b) speaks for itself. Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 84 of the Complaint that relates to Experian. As to the allegations in paragraph 84 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

85. In response to paragraph 85 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 85 of the Complaint that relates to Experian. As to the allegations in paragraph 85 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those

allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

86.    In response to paragraph 86 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 86 of the Complaint that relates to Experian. As to the allegations in paragraph 86 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

87.    In response to paragraph 87 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 87 of the Complaint that relates to Experian. As to the allegations in paragraph 87 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

88.    In response to paragraph 88 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 88 of the Complaint that relates to Experian. As to the allegations in paragraph 88 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those

allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

89.     In response to paragraph 89 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 89 of the Complaint that relates to Experian. As to the allegations in paragraph 89 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

90.     In response to paragraph 90 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 90 of the Complaint that relates to Experian. As to the allegations in paragraph 90 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

91.     In response to paragraph 91 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages or other relief. Experian further denies that its conduct was willful as alleged in the Complaint. Experian denies, generally and specifically, each and every remaining allegation in paragraph 91 of the Complaint that relates to Experian. As to the allegations of paragraph 91 of the Complaint that relate to other defendants, Experian is without knowledge or information

sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

92.    In response to paragraph 92 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages or other relief. Experian further denies that its conduct was negligent as alleged in the Complaint. Experian denies, generally and specifically, each and every remaining allegation in paragraph 92 of the Complaint that relates to Experian. As to the allegations of paragraph 92 of the Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

**COUNT THREE: VIOLATION OF 15 U.S.C. § 1681g(a)**

93.    In response to paragraph 93 of the Complaint, Experian reasserts its answers and responses set forth herein.

94.    In response to paragraph 94 of the Complaint, Experian admits that section 1681g(a) speaks for itself. Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 94 of the Complaint that relates to Experian. As to the allegations in paragraph 94 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations

and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

95. In response to paragraph 95 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

96. In response to paragraph 96 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97. In response to paragraph 97 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

98. In response to paragraph 98 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**COUNT FOUR: VIOLATION OF 15 U.S.C. § 1681i(a)**

99. In response to paragraph 99 of the Complaint, Experian reasserts its answers and responses set forth herein.

100. In response to paragraph 100 of the Complaint, Experian admits that section 1681i(a)(1),(4),(5) speaks for itself. Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 100 of the Complaint that relates to Experian. As to the allegations in paragraph 100 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

101. In response to paragraph 101 of the Complaint, Experian admits that section 1681i(a)(2)(A) speaks for itself. Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 101 of the Complaint that relates to Experian. As to the allegations in paragraph 101 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the

truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

102. In response to paragraph 102 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 102 of the Complaint that relates to Experian. As to the allegations in paragraph 102 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

103. In response to paragraph 103 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 103 of the Complaint that relates to Experian. As to the allegations in paragraph 103 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

104. In response to paragraph 104 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 104 of the Complaint that relates to Experian. As to the allegations in paragraph 104 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the

truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

105. In response to paragraph 105 of the Complaint, Experian denies that it violated the FCRA or any other law. Experian further denies, generally and specifically, each and every remaining allegation in paragraph 105 of the Complaint that relates to Experian. As to the allegations in paragraph 105 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

106. In response to paragraph 106 of the Complaint, Experian denies that it violated the FCRA and that Plaintiff suffered any damages as a result of Experian's conduct or is entitled to any recovery whatsoever from Experian.  Experian further denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 106 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

107. In response to paragraph 107 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages or other relief. Experian further denies that its conduct was willful as alleged in the Complaint. Experian denies, generally and specifically, each and every remaining allegation in paragraph 107 of the Complaint that relates to Experian. As to the allegations of paragraph 107 of the

Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

108. In response to paragraph 108 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages or other relief. Experian further denies that its conduct was negligent as alleged in the Complaint. Experian denies, generally and specifically, each and every remaining allegation in paragraph 108 of the Complaint that relates to Experian. As to the allegations of paragraph 108 of the Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

**COUNT FIVE: VIOLATION(S) OF 15 U.S.C. § 1681s-2(b)**

109. In response to paragraph 109 of the Complaint, Experian reasserts its answers and responses set forth herein.

110. In response to paragraph 110 of the Complaint, Experian admits that section 1681s-2(b) speaks for itself. The allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

111.    In response to paragraph 111 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

112.    In response to paragraph 112 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

113.    In response to paragraph 113 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

114.    In response to paragraph 114 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

115.   In response to paragraph 115 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

116.   In response to paragraph 116 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

117.   In response to paragraph 117 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

118.   In response to paragraph 118 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

119.    In response to paragraph 119 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

120.    In response to paragraph 120 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

121.    In response to paragraph 121 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT SIX: VIOLATIONS OF FDCPA

122.   In response to paragraph 122 of the Complaint, Experian reasserts its answers and responses set forth herein.

123.   In response to paragraph 123 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

124.   In response to paragraph 124 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

125.   In response to paragraph 125 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

126.   In response to paragraph 126 of the Complaint, the allegation is not directed at Experian and no response is required. To the extent a response is sought, Experian is without sufficient knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**COUNT SEVEN: DEFAMATION**

127.    In response to paragraph 127 of the Complaint, Experian reasserts its answers and responses set forth herein.

128.    Experian denies that it has violated any of the laws relied on by Plaintiff. Experian denies, generally and specifically, each and every remaining allegation in paragraph 128 of the Complaint that relates to Experian. As to the allegations of paragraph 128 of the Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

129.    Experian denies that it has violated any of the laws relied on by Plaintiff. Experian denies, generally and specifically, each and every remaining allegation in paragraph 129 of the Complaint that relates to Experian. As to the allegations of paragraph 129 of the Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

130.    Experian denies that it has violated any of the laws relied on by Plaintiff. Experian denies, generally and specifically, each and every remaining allegation in paragraph 130 of the Complaint that relates to Experian. As to the allegations of paragraph 130 of the

Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

131.    Experian denies that it has violated any of the laws relied on by Plaintiff and denies that it is liable to Plaintiff for any alleged damages or other relief. Experian denies, generally and specifically, each and every remaining allegation in paragraph 131 of the Complaint that relates to Experian. As to the allegations of paragraph 131 of the Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

132.    Experian denies that it has violated any of the laws relied on by Plaintiff and denies that it is liable to Plaintiff for any alleged damages or other relief. Experian denies, generally and specifically, each and every remaining allegation in paragraph 132 of the Complaint that relates to Experian. As to the allegations of paragraph 132 of the Complaint that relate to other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

## **DEMAND FOR TRIAL BY JURY**

133.    In response to paragraph 133 of the Complaint, Experian admits that Plaintiff seeks a trial by jury.

## PRAYER FOR RELIEF

Experian denies that Plaintiff is entitled to any of the relief requested in the "WHEREFORE" paragraph or any relief whatsoever against Experian.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

Plaintiff's claims fail to the extent that the Complaint, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE
**(Truth/Accuracy of Information)**

Plaintiff's claim fail to the extent that they are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### THIRD AFFIRMATIVE DEFENSE
**(Failure to Mitigate Damages)**

Plaintiffs' claims fail to the extent that they are barred, in whole or in part, because Plaintiff has failed to mitigate her damages.

### FOURTH AFFIRMATIVE DEFENSE
**(Laches)**

The Complaint and each claim for relief therein are barred by laches.

**<u>FIFTH AFFIRMATIVE DEFENSE</u>**
**(Contributory/Comparative Fault)**

Experian is informed and believes and thereon alleges that any alleged damages sustained by

Plaintiff were, at least in part, caused by the actions of Plaintiff herself and/or third parties and

resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged

negligence or wrongdoing by Experian.

**<u>SIXTH AFFIRMATIVE DEFENSE</u>**
**(Estoppel)**

Plaintiff cannot recover any damages that she may have suffered, which Experian continues to

deny, to the extent that they were the direct and proximate result of the conduct of Plaintiff.

Under such circumstances, Plaintiff would be estopped and barred from recovery of any damages

from Experian.

**<u>SEVENTH AFFIRMATIVE DEFENSE</u>**
**(Unclean Hands)**

The Complaint and each claim for relief therein that seeks equitable relief are barred by the

doctrine of unclean hands.

**<u>EIGHTH AFFIRMATIVE DEFENSE</u>**
**(Intervening, Superseding Cause)**

Plaintiff's claims fail to the extent that Plaintiff's purported damages, which Experian continues

to deny, were the results of acts or omissions of third persons over whom Experian had neither

control nor responsibility.

**<u>NINTH AFFIRMATIVE DEFENSE</u>**
**(Punitive Damages)**

Plaintiff's claim for punitive damages fails to the extent that the Complaint fails to state a claim

for relief for punitive damages.  Additionally, Plaintiff cannot recover punitive damages against

Experian to the extent that such an award would violate Experian's constitutional rights under the Constitution of the United States of America and the Constitution of the District of Columbia.

## TENTH AFFIRMATIVE DEFENSE
### (Compliance/Good Faith)

Plaintiffs' claims fail to the extent that, at all relevant times with respect to Plaintiff, Experian acted in good faith and complied fully with the FCRA and relevant state laws.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Arbitration)

Plaintiff's claims are barred to the extent they are subject to a valid and binding arbitration agreement.

## TWELFTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Preemption)

Plaintiff's claims are barred to the extent they are preempted by federal law.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

    a.    That Plaintiff take nothing by virtue of the Complaint herein and that this action

        be dismissed in its entirety;

    b.    For costs of suit [and attorneys' fees] herein incurred; and

    c.    That Experian be dismissed as a party to this action

    d.    For such other and further relief as the Court may deem just and proper.


*/s/ Laura Singer*
Laura Singer (D.C. Bar No. 1742043)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:  (202) 879-3413
Facsimile:  (202) 626-1700
E-mail: lsinger@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2024,  I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Laura Singer
Laura Singer (D.C. Bar No. 1742043)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:  (202) 879-3413
Facsimile:  (202) 626-1700
E-mail: lsinger@jonesday.com
*Counsel for Defendant Experian Information Solutions, Inc.*